**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION
Case No.26-cv-25034-ALTMAN

CELESTE RICHIE,

Plaintiff,

v.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

Defendant.
_______________________________/

# JOINT NOTICE OF SETTLEMENT

Plaintiff, Celeste Richie, and Defendant, Life Insurance Company of North America, (collectively, the "Parties"), advise the Court that this case has settled by an amicable resolution. The Parties will file a Stipulation of Dismissal with prejudice with each party to bear its own attorney's fees and costs once the settlement and release have been finalized. The Parties respectfully request this Court maintain jurisdiction over this action until that time.

***Respectfully submitted this 18th day of November*, 2026**

*/s/ Shari Gerson*
Shari Gerson (FBN 17035)
Shari.Gerson@Gray-Robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 761-8111
*Attorneys for Defendant*

*/s/ Kevin Schaefer*
Kevin Schaefer (FBN. 123688)
kevin@longtermdisability.net
Edward Philip Dabdoub (FBN. 45685)
eddie@longtermdisability.net
DABDOUB LAW FIRM, P.A.
1600 Ponce de Leon Blvd., Suite 1202
Miami, Florida 33134
Tel: (305) 754-2000
Fax: (305) 754-2007
*Attorneys for Plaintiff*