**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-25034-ALTMAN**

**CELESTE RICHIE,**

*Plaintiff,*

*v.*

**LIFE INSURANCE CO. OF NORTH AMERICA,**

*Defendant.*
_______________________________________/

# ORDER

The Plaintiff has filed a Joint Notice of Settlement [ECF No. 15], telling us that she has resolved her dispute with the Defendant. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a joint stipulation of dismissal by **December 18, 2026**.
2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.
3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 19, 2026.



**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record